# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

MicroClean Technology, Inc., Respondent,

v.

Envirofix, Inc., Petitioner.

Appellate Case No. 2013-001706

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Beaufort County
Marvin H. Dukes, III, Master-in-Equity

---

Opinion No. 27526
Heard March 18, 2015 – Filed June 10, 2015

---

## REVERSED AND REMANDED

---

Trudy Hartzog Robertson and Robert Ernest Sumner, IV,
both of Moore & Van Allen, PLLC, of Charleston, for
Petitioner.

Terry A. Finger, of Finger & Fraser, PA of Hilton Head
Island, for Respondent.

---

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in
*MicroClean Technology, Inc. v. EnviroFix, Inc.*, 404 S.C. 207, 744 S.E.2d 210 (Ct.
App. 2013).  Petitioner argues the court of appeals erred in: (1) reversing the

master-in-equity's (the Master) finding that Petitioner provided proper notice of termination of a license agreement; and (2) reversing and remanding Petitioner's claim and delivery action based on the Master's finding that the parties intended a security deposit serve as liquidated damages.

We reverse pursuant to Rule 220(b)(1), SCACR, and the following authority: *Butler Contracting, Inc. v. Court Street, L.L.C.*, 369 S.C. 121, 127, 631 S.E.2d 252, 255–56 (2006) ("[T]he trial court's findings of fact will not be disturbed on appeal unless wholly unsupported by the evidence or unless it clearly appears the findings were influenced or controlled by an error of law."). We therefore remand to the Master to reinstate his order.

Further, we hereby direct the court of appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

**REVERSED AND REMANDED.**


**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**